IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE BRADLEY, | No. 4:24-CV-01652 |
| Plaintiff, | |
| v. | (Chief Judge Brann) |
| SCOTT PRINCE, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 30th day of January 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Upon receipt of the full filing fee, the complaint is **DEEMED** filed.

2. Plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

3. Within **21 days** of the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum.

4. If no amended complaint is timely filed, dismissal of Plaintiff's complaint will automatically convert to dismissal <u>with prejudice</u> and the Court will close this case.

5. In light of the foregoing paragraphs, Plaintiff's motion to appoint counsel (Doc. 4) is **DISMISSED** as moot.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge